PAGE *v.* NEW YORK AND PENNSYLVANIA COMPANY.

ATKINSON, J. The verdict was authorized; and when considered in the light of the pleadings and evidence, none of the assignments of error were sufficient to require a new trial, or of such character as to render elaboration necessary.

*Judgment affirmed. All the Justices concur.*
MAY 13, 1916.

Complaint. Before Judge Cox. Muscogee superior court. February 15, 1915.

*J. L. Willis,* for plaintiff in error. *Battle & Hollis,* contra.